UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROSS J. COUPLES,

    Plaintiff,

v.                      Case No:   2:19-cv-363-FtM-29MRM

XUAN REN,

    Defendant.

_____

**ORDER**

On October 3, 2019, the Court issued an Order to Show Cause (Doc. #7) directing plaintiff to show cause why the case should not be dismissed for failure to prosecute. Plaintiff was on notice that the failure to respond would result in a dismissal without prejudice and without further notice. No response has been filed and the time to respond has expired.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

This action is **DISMISSED** without prejudice for failure to prosecute. The Clerk shall enter judgment accordingly, terminate all previously scheduled deadlines and pending motions, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this  23rd  day of October, 2019.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Parties of record

2